[No. 12033-3-III. Division Three. April 1, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE ALVAREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00368-6, Susan L. Hahn, J., entered Octo-

ber 25, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.